IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IMO AMELIA NOEL LIVING | § | |
| TRUST AND ESTATE OF | § | No. 332, 2022 |
| AMELIA NOEL | § | |
| | § | Court Below–Court of Chancery |
| | § | of the State of Delaware |
| | § | |
| | § | C.A. No. 2020-1107 |
| | § | |

Submitted: March 1, 2023
Decided: March 9, 2023

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## **ORDER**

This 9th day of March 2023, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of its Master's May 20, 2022 Final Report[1] and the Vice Chancellor's July 19, 2022 Order Finding that Objections Were Untimely and Adopting Master's Report.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *IMO Amelia Noel Living Tr.*, 2022 WL 3681269 (Del. Ch. May 20, 2022).
[2] *IMO Amelia Noel Living Tr.*, 2022 WL 2833918 (Del. Ch. July 19, 2022).